IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FAYE SULLIVANT, | ) |
| Plaintiff, | ) Case No. 3:06-01212 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Faye Sullivant's ("Plaintiff") Motion for Judgment on the Administrative Record ("Plaintiff's Motion"). (Doc. No. 16). Defendant ("Defendant" or "Commissioner") filed a Response to Plaintiff's Motion for Judgment (Doc. No. 17). Magistrate Judge Bryant ("Magistrate Judge") issued a Report and Recommendation ("Report") (Doc. No. 19), recommending that Plaintiff's Motion be denied and the decision of the Commissioner be affirmed. No Objections to the Report have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus **ADOPTS** it in its entirety. The Court hereby **DENIES** Plaintiff's Motion for Judgment on the Administrative Record, and **AFFIRMS** the

decision of the Commissioner. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this the 28th day of August, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT